# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

Any and all funds in Wachovia Bank Account Number           held in the name of New Star Supermarket, up to and including the amount of $297,485.00

CASE NUMBER 0 7 - 0 2 2 - M - 0 1

TO: <u>Director, Internal Revenue Service,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Christine M. Morrison</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

Any and all funds in Wachovia Bank Account Number             the name of New Star Supermarket, up to and including the amount of $297,485.00

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 01 2007

Date and Time Issued

ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D. C.

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-1-2007 | 2-5-2007 9:20 A.M. | Tamara Pratt @ Wachovia Bank |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Wachovia Bank - Cashier's Check #
Check number, 2-5-2007 Date, Amount of
$ 7,437.87

**FILED**

FEB 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_C. Mewson_

Subscribed, sworn to, and returned before me this date.

_____    2-14-07
U.S. Judge or U.S. Magistrate Judge         Date

